## Salkin *v.* James, Appellant.

Argued November 18, 1953. Before STERN, C. J., STEARNE, JONES, BELL, CHIDSEY and MUSMANNO, JJ.

206

208

*Ralph B. Umsted,* with him *John P. Hilferty,* for appellant.

*Abraham J. Levinson,* for appellee.

OPINION PER CURIAM, January 14, 1954:

The judgment of the lower court is affirmed on the opinion of Judge LEVINTHAL which ably covers the facts and the law involved.